UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00665

**David Lynn Shelton,**
*Plaintiff,*
v.
**Southside Bank et al.,**
*Defendants.*

# ORDER

On December 30, 2020, plaintiff David Lynn Shelton, proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983. Doc. 1. This case was referred to United States Magistrate Judge K. Nicole Mitchell (Doc. 3), who entered a report and recommendation that this case should be dismissed for want of subject-matter jurisdiction. Doc. 6. No objections have been filed to the report and recommendation.

When there have been no timely objections to a magistrate judge's report, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This civil action is dismissed without prejudice for lack of subject-matter jurisdiction.

*So ordered by the court on May 14, 2021.*

J. Campbell Barker
United States District Judge